# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY EARL KEYS, ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | 2:05-cv-00994-SLB-RRA |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| (FEDERAL BUREAU OF PRISONS), ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 6, 2005, recommending that plaintiff's *Bivens* claim and Privacy Act claim be DISMISSED WITH PREJUDICE for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1)and/or (2).  On December 27, 2005, plaintiff filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, plaintiff's complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  An appropriate order will be entered.

DATED this 9th day of January, 2006

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE .